# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-20145

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 10, 2011

Lyle W. Cayce
Clerk

AQUATIC LODGING, L.L.C.,

Plaintiff-Appellant

v.

BAYOU BOYS BOAT RENTAL, L.L.C.,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CV-4161

Before JONES, Chief Judge, and DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The court has considered this appeal in light of the briefs, oral argument, and pertinent portions of the record. There being no reversible error, the judgment of the district court is AFFIRMED. *See* 5TH CIRCUIT LOC. RULE 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.